# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 1091

VERSUS

JERROL LOUIS

**DECEMBER 1, 2022**

---

In Re:     Jerrol Louis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-99-0208.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

 **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on August 26, 2022.

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

*α.Sↄ*

---
DEPUTY CLERK OF COURT
  FOR THE COURT